**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID MCMINN, individually,

      Plaintiff,

    v.                                  No. 2:25-cv-00353-DLM-KRS

VILLAGE OF RUIDOSO, a New
Mexico incorporated municipality,
JON TITUS, in his individual capacity,
SERGEANT PEREZ, in his individual
capacity,

      Defendants.


**<u>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

      This matter came before the Court on the United States of America's Unopposed Motion to Extend Deadline to Respond to Complaint (Doc. 4). Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

      IT IS THEREFORE ORDERED that the deadline for the United States of America and Defendant Jon Titus to answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 1-1) is extended to May 23, 2025.

      IT IS SO ORDERED this 14th day of April, 2025.

                               _____
                                KEVIN R. SWEAZEA
                                UNITED STATES MAGISTRATE JUDGE

Submitted/approved by:

*/s/ Jesse D. Hale 4/14/25*
JESSE D. HALE
Assistant United States Attorney

201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274; Fax: (505) 346-7205
jesse.hale@usdoj.gov

*approved via email 4/10/25*
BEN G. DAVIS
ELLEN A. GESKE
Davis Kelin Law Firm, LLC
127 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 242-7200
Bdavis@daviskelin.com
Egeske@daviskelin.com
*Attorneys for Plaintiff*