IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID MCMINN, individually,

    Plaintiff,

    v.                                                           No. 2:25-cv-00353-DLM-KRS

VILLAGE OF RUIDOSO, JON TITUS,
in his individual capacity; SERGEANT PEREZ,
in his individual capacity, and the UNITED
STATES OF AMERICA,

    Defendants.

## ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

This matter is before the Court on the United States of America's third Unopposed Motion to Extend Deadline to Respond to Complaint (Doc. 12). Having reviewed the Motion and noting that it is unopposed, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the United Sates of America and the BIA Officers (Jon Titus and Andrew Perez) to answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 1-1) is extended to **July 21, 2025**. Further, given delays in responding to the First Amended Complaint due to the United States' representation issue, as outlined in the three motions to extend the response deadline, the Court finds good cause pursuant to Fed. R. Civ. P. 16 to delay holding a scheduling conference and entering a scheduling order until after the United States and BIA Officer Defendants have filed their answer or otherwise responded to the First Amended Complaint.

IT IS SO ORDERED this 24th day of June, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted/approved by:

*/s/ Jesse D. Hale 6/24/25*
JESSE D. HALE
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274; Fax: (505) 346-7205
jesse.hale@usdoj.gov

*/s/ Approved via Email 6/24/2025*
BEN G. DAVIS
ELLEN A. GESKE
Davis Kelin Law Firm, LLC
127 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 242-7200
Bdavis@daviskelin.com
Egeske@daviskelin.com
*Attorneys for Plaintiff*